444 F.2d 234
 Evoila Wilson POUND, on behalf of her son David Lee Pound et
al., Plaintiffs-Appellants,
v.
Charles HOLLADAY, as Superintendent of Education of the
Tupelo Municipal Separate School District et al.,
Defendants-Appellees.
No. 71-1434 Summary Calendar.*
*Rule 18, 5th Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 June 22, 1971.
 
 James A. Lewis, John C. Brittain, Jr., Oxford, Miss., for plaintiffs-appellants.
 W. P. Mitchell, Mitchell, Rogers & Eskridge, Tupelo, Miss., for defendants-appellees.
 Appeal from the United States District Court for the Northern District of Mississippi; Orma R. Smith, District Judge, 322 F.Supp. 1000.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966